MARIE K. BADDOUR, as Administratrix with the Will Annexed of RASCHID S. BADDOUR, Deceased, Appellant, *v.* CITY OF LONG BEACH, Respondent.

Submitted January 9, 1939; decided January 17, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 167.)

In the Matter of SARA G. KEARNS et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Submitted January 9, 1939; decided January 17, 1939.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 279 N. Y. 61.)